1  RANDALL B. AIMAN-SMITH #124599
   REED W.L. MARCY #191531
2  HALLIE VON ROCK #233152

3  aiman-smith marcy

4  7677 oakport street suite 1020
   oakland    california    94621
   t:510.562.6800  f:510.562.6830

5

6  Attorneys for Plaintiff
   Susan Hurtado
7

8  ALFRED DE LA CRUZ # 151388
   KENNETH KAWABATA # 149391
   MANNING & KASS
9  ELLROD RAMIREZ TRESTER LLP
   550 WEST "C" STREET, SUITE 1900
10 SAN DIEGO, CALIFORNIA 92101
   TELEPHONE: (619) 515-0269
11 FACSIMILE: (619) 515-0268

12 Attorneys for Defendants
   Ikea U.S. West, Inc., et al.
13

14
                IN THE UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

17 SUSAN HURTADO, individually and on behalf )   Case No.: C 11-3156 PJH
   of all others similarly situated,          )
18                                             )
                                               )
19        Plaintiffs,                          )   **STIPULATION AND ORDER TO**
                                               )   **DISMISS WITHOUT PREJUDICE**
20 v.                                          )   **DEFENDANTS IKEA DISTRIBUTION**
                                               )   **SERVICES, INC., a corporation, IKEA**
21 IKEA U.S. WEST, INC., a corporation, IKEA  )   **NORTH AMERICA CAPITAL, INC., a**
   DISTRIBUTION SERVICES, INC. a corporation,)   **corporation, IKEA PROPERTY, INC., a**
22 IKEA NORTH AMERICA CAPITAL, INC., a       )   **corporation, and IKEA SUPPLY AG, a**
   corporation, IKEA PROPERTY, INC., a        )   **corporation.**
23 corporation, IKEA SUPPLY AG, a corporation,)
   and DOES 1-250,                             )
24                                             )
         Defendants.                           )
25                                             )
                                               )
26                                             )
                                               )
27                                             )

28

---
Stipulation and Order to Dismiss Without Prejudice (except as to defendant IKEA U.S. WEST, INC.)
*Hurtado, et al. v. Ikea U.S. West, Inc., et al.*    Case no. C-11-3156 PJH

1  Counsel for Susan Hurtado in *Hurtado v. Ikea U.S. West, Inc., et al.*, Case No. C 11-3156-PJH, and counsel for defendant Ikea U.S. West, Inc., et al. ("Ikea") stipulate as follows pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

Whereas, Plaintiffs complaint was filed on February 25, 2011 in the Superior Court of California, in and for the County of Alameda, Case No. RG11563120;

Whereas, this case was removed from the Superior Court of California, in and for the County of Alameda, pursuant to 28 USC §§ 1332, 1441, and 1446 on June 24, 2011;

Whereas, Plaintiff erroneously named and served IKEA DISTRIBUTION SERVICES, INC., a corporation, IKEA NORTH AMERICA CAPITAL, INC., a corporation, IKEA PROPERTY, INC., a corporation, and IKEA SUPPLY AG, a corporation;

Whereas, IKEA U.S. WEST, INC., a corporation, is the only named defendant who runs and operates all IKEA retail locations in California; and

Whereas, Counsel for the respective parties have conferred regarding the issue of the erroneously named defendants and counsel for Plaintiff has agreed to dismiss IKEA DISTRIBUTION SERVICES, INC., a corporation, IKEA NORTH AMERICA CAPITAL, INC., a corporation, IKEA PROPERTY, INC., a corporation, and IKEA SUPPLY AG, a corporation;

THEREFORE, the parties hereby stipulate and agree:

Defendants IKEA DISTRIBUTION SERVICES, INC., a corporation, IKEA NORTH AMERICA CAPITAL, INC., a corporation, IKEA PROPERTY, INC., a corporation, and IKEA SUPPLY AG, a corporation are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

The parties agree that each will bear their own attorneys' fees and costs.

No payments have been made to either Plaintiff or her counsel in exchange for any agreement to voluntarily dismiss this action; and

//
//
//

Stipulation and Order to Dismiss Without Prejudice (except as to defendant IKEA U.S. WEST, INC.)
*Hurtado, et al. v. Ikea U.S. West, Inc., et al.*   Case no. C-11-3156 PJH
Page 1

1  No notice to the proposed class is required under Federal Rule of Civil Procedure
2  23(e); as Plaintiff has not moved for class certification and no class has been certified.

Date: 9/20/2011

/s/ Hallie Von Rock
_____

Hallie Von Rock
Attorney for Plaintiff Susan Hurtado

Date: 9/20/2011

/s/ Kenneth Kawabata
_____

Kenneth Kawabata
Attorney for Defendant Ikea U.S. West, Inc.

**Stipulation and Order to Dismiss Without Prejudice (except as to defendant IKEA U.S. WEST, INC.)**
*Hurtado, et al. v. Ikea U.S. West, Inc., et al.*   Case no. C-11-3156 PJH
Page 2

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Defendants IKEA DISTRIBUTION SERVICES, INC., a corporation, IKEA NORTH AMERICA CAPITAL, INC., a corporation, IKEA PROPERTY, INC., a corporation, and IKEA SUPPLY AG, a corporation are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Date: 9/23/11



Hon.
Judge Phyllis J. Hamilton

IT IS SO ORDERED

**Stipulation and Order to Dismiss Without Prejudice (except as to defendant IKEA U.S. WEST, INC.)**
*Hurtado, et al. v. Ikea U.S. West, Inc., et al.*   Case no.  C-11-3156 PJH
Page 3