RANDALL B. AIMAN-SMITH #124599
REED W.L. MARCY #191531
HALLIE VON ROCK #233152
aiman-smith marcy

7677  oakport street  suite 1020
oakland      california    94621
t:510.562.6800  f:510.562.6830

Attorneys for Plaintiff
Susan Hurtado

ALFRED DE LA CRUZ # 151388
KENNETH KAWABATA # 149391
MANNING & KASS
ELLROD RAMIREZ TRESTER LLP
550 WEST "C" STREET, SUITE 1900
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: (619) 515-0269
FACSIMILE: (619) 515-0268

Attorneys for Defendants
Ikea U.S. West, Inc., et al.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HURTADO, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>     v.<br><br>IKEA U.S. WEST, INC., a corporation, IKEA DISTRIBUTION SERVICES, INC. a corporation, IKEA NORTH AMERICA CAPITAL, INC., a corporation, IKEA PROPERTY, INC., a corporation, IKEA SUPPLY AG, a corporation, and DOES 1-250,<br><br>        Defendants. | Case No.: C 11-3156 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO TRANSFER ACTION TO U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** |

1    Pursuant to Civil Local Rules 3-13, 7-11 and 7-12, counsel for Susan Hurtado in

2  *Hurtado v. Ikea U.S. West, Inc., et al.,* Case No. C 11-3156-PJH, and counsel for defendant

3  Ikea U.S. West, Inc., et al. ("Ikea") jointly submit the following Stipulation that the above-

4  mentioned action be transferred to United States District Court for the Southern District of

5  California.

6    WHEREAS, two putative class actions are pending against Ikea in the Southern District

7  of California (*Medellin v. Ikea U.S. West, Inc.,* No. 3:11-CV-00921-WQH(BGS), filed

8  February 14, 2011, and *Yeoman v. Ikea U.S. West., Inc.,* No. 3:11-CV-00701-WQH(BGS),

9  filed March 2, 2011);

10    WHEREAS, each of the *Medellin* and *Yeoman* actions concerns substantially the same

11  parties, transactions and events, and the potential for unduly burdensome duplication of labor

12  and expense and conflicting results exists if the cases are in separate jurisdictions;

13    WHEREAS, the *Medellin* action is the lowest-numbered case;

14    WHEREAS, the plaintiffs in the *Medellin* and *Yeoman* actions are in the process of

15  consolidating their complaints and have agreed to consolidate the *Hurtado* action once

16  transferred to the Southern District;

17    THEREFORE, the parties hereby stipulate and agree:

18    The action of *Hurtado v. Ikea U.S. West, Inc.,* Case No. C 11-3156-PJH should be

19  transferred to the Southern District of California.

20

21  Date: 11/21/2011                    /s/ Hallie Von Rock

22                                      _____

23                                      Hallie Von Rock
                                        Attorney for Plaintiff Susan Hurtado

24  Date: 11/21/2011                    /s/ Kenneth Kawabata

25                                      _____

26                                      Kenneth Kawabata
                                        Attorney for Defendant Ikea U.S. West, Inc.

27

28

**Stipulation and Proposed Order to Transfer Action to U.S. Dist. Ct. Southern Dist. of California**
*Hurtado, et al. v. Ikea U.S. West, Inc., et al.*    Case no. C-11-3156 PJH
Page 1

1

[~~PROPOSED~~] ORDER

2

PURSUANT TO STIPULATION, IT IS SO ORDERED:

3

The action of *Hurtado v. Ikea U.S. West, Inc.*, Case No. C 11-3156-PJH, shall be

4

transferred to the Southern District of California.

5

6

7

Date: 11/22/11

8

Hon.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**Stipulation and Proposed Order to Transfer Action to U.S. Dist. Ct. Southern Dist. of California**
*Hurtado, et al. v. Ikea U.S. West, Inc., et al.*      Case no. C-11-3156 PJH
Page 2